UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 23-12334

VIOLA BRYANT, as Personal Representative
of the Estate of GREGORY VAUGHN HILL, JR.,

    Plaintiff/Appellant,

v.

SHERIFF KEN MASCARA, in his Official
Capacity as Sheriff of St. Lucie County and
CHRISTOPHER NEWMAN,

    Defendants/Appellees.

_____/

### APPELLANT'S UNOPPOSED SECOND MOTION
### FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

    Appellant, VIOLA BRYANT, as Personal Representative of the Estate of GREGORY VAUGHN HILL, JR., by and through her undersigned counsel and pursuant to Federal Rules of Appellate Procedure 26(b) and 31, and Eleventh Circuit rules 31-1 and 31-2, respectfully requests an extension of the deadline to serve the initial brief and states:

1. This appeal arises from a Final Judgment/Jury Verdict in favor of Defendants/Appellees. Plaintiff filed a Motion for New Trial which the District Court denied.

2. Appellant's initial brief is due October 27, 2023 and the Appellee's response brief is due November 26, 2023.

3. On August 16, 2023, this Court referred this matter to mediation. The mediation is currently scheduled for December 7, 2023, which is after the deadlines for filing both the initial brief and the response brief.

4. Therefore, Appellant respectfully requests an extension of the deadline for filing the initial brief to allow the parties to attempt settlement at mediation.

5. The extension will prevent the unnecessary expenditure of time and resources by counsel, the parties and this Court.

6. Appellant's counsel respectfully asks that the deadline for filing be extended for forty days (40) days after the conclusion of the December 7, 2023 mediation; or up to and including Tuesday, January 16, 2024.

7. This is Appellant's second request for an extension of time and this request is filed at least seven days before the deadline to file.

8. Appellant does not file this motion for the purposes of delay; rather, the extension requested will allow the parties to participate in a meaningful mediation. The undersigned counsel has limited the request for extension to a short period of time following the conclusion of mediation. No party will be prejudiced by this extension.

WHEREFORE, for good cause shown, Appellant, VIOLA BRYANT, as Personal Representative of the Estate of GREGORY VAUGHN HILL, JR., requests that the Court grant this Motion, and enter an order extending the time for Appellant to file and serve the initial brief to January 16, 2024.

### CERTIFICATE OF GOOD FAITH CONFERENCE

**I HEREBY CERTIFY** that prior to filing this Motion, I contacted Appellee's counsel, Summer Barranco, regarding the requested extension who advised they do not object to the extension of the deadline for the initial brief to January 16, 2024.

**Phillips, Hunt, Walker & Hanna**
*/s/ John Phillips*
**JOHN M. PHILLIPS, ESQUIRE**

### APPELLANT VIOLA BRYANT'S CERTIFICATE OF INTERESTED PERSONS AND COPROATE DISCLOSURE STATEMENT

**I HEREBY DISCLOSE** the following Interested Persons pursuant to FRAP 26.1:

1. Bryant, Viola, as Personal Representative of the Estate of Gregory Vaughn Hill, Jr., Plaintiff/Appellant

2. Phillips, John, Esquire, Counsel for Plaintiff/Appellant

3. Hanna, Amy, Esquire, Counsel for Plaintiff/Appellant

4. Phillips, Hunt, Walker & Hanna

5. Newman, Christopher, Defendant/Appellee

6. Mascara, Sheriff Ken, in his official capacity as Sheriff of St. Lucie County, Defendant/Appellee

7. Richard Giuffreda, Esquire, Counsel for Defendants/Appellees

8. Jolly, Andrew, Counsel for Defendants/Appellees

9. Barranco, Summer, Esquire, Counsel for Defendants/Appellees

10. Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A.

**Phillips, Hunt, Walker & Hanna**

*/s/ John Phillips*
**JOHN M. PHILLIPS, ESQUIRE**

## CERTIFICATE OF COMPLIANCE WITH TYPE VOLUME LIMIT

**I HEREBY CERTIFY** this document complies with typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) and the word limit of Fed. R. App. P. 27(E)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f): this document contains 714 words, and was prepared in a proportionally spaced typeface using Microsoft Word with Times New Roman size 14.

**Phillips, Hunt, Walker & Hanna**

*/s/ John Phillips*
**JOHN M. PHILLIPS, ESQUIRE**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk


of the Court using the CM/ECF and a copy hereof has been furnished to Summer M. Barranco, Esquire, Purdy, Jolly, Giuffreda & Barranco, P.A., 2455 East Sunrise Boulevard, Suite 1216, Fort Lauderdale, FL 33304, by email to summer@purdylaw.com, this 6th day of October, 2023.

**Phillips, Hunt, Walker & Hanna**

*/s/ John Phillips*
**JOHN M. PHILLIPS, ESQUIRE**
Florida Bar Number:  0477575
212 North Laura Street
Jacksonville, FL  32202
(904) 444-4444
(904) 508-683(facsimile)
Attorney for Plaintiff/Appellant
jmp@floridajustice.com